**Walter N. IWACHIW; Jane Doe and John Does, Plaintiffs,**

**Walter N. Iwachiw, Plaintiff–Appellant,**

v.

**GENERAL ELECTRIC CORP.; Kidder Peabody & Co. Incorporated; Herzog, Hein and Geduld, Inc.; John Doe; ABC Company and National Association of Securities Dealers, Defendants–Appellees.**

**No. 00–9141.**

United States Court of Appeals, Second Circuit.

June 4, 2001.

Walter N. Iwachiw, Huntington, NY, pro se.

Thomas A. Dubbs, Goodkind, Labaton, Rudoff & Sucharow, LLP, New York, NY, for defendants-appellees, General Electric Corp. and Kidder Peabody & Co. Incorporated.

David Hirschberg, Wexler & Burkhart, P.C., Mitchel Field, NY, for defendant-appellee, Herzog, Hein and Geduld, Inc.; Stephen B. Wexler on the brief.

Terri L. Reicher, Assistant General Counsel, National Association of Securities Dealers, Inc., Washington, DC, for defendant-appellee, National Association of Securities Dealers; John J. Flood, Vice President and Associate General Counsel, on the brief, for appellee.

Present JACOBS and LEVAL Circuit Judges, and MURTHA, District Judge.*

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED

* The Honorable J. Garvan Murtha, Chief Judge, United States District Court for the District of Vermont, sitting by designation.

AND DECREED that the judgment of the district court be AFFIRMED.

Walter N. Iwachiw appeals Judge Wexler's orders a) dismissing his complaint for failure to comply with the pleading requirements of Fed R.Civ.P. 8 and for failure to state a claim under Fed R.Civ.P. 12(b)(6); and b) dismissing his amended complaint for failure to state a claim under Fed R.Civ.P. 12(b)(6).

We AFFIRM for substantially the reasons stated by the district court.